IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30718

Summary Calendar
_____

MADELINE BICKERSTAFF, on behalf of herself and
all other individuals similarly situated,

Plaintiff-Appellant,

v.

THE WHITNEY NATIONAL BANK,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(94-CV-4141-J)
_____
December 17, 1996
Before KING, DAVIS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Madeline Bickerstaff appeals the

district court's order denying her motion under Fed. R. Civ. P.

60(b) to vacate the summary judgment previously entered by the

district court in favor of defendant-appellee The Whitney

National Bank and affirmed by this court on appeal.

Bickerstaff's brief does not advance any argument or authority to

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

support her position that the district court abused its discretion in denying her motion.  Out of an abundance of caution, we have reviewed the district court's order and reasons and we are persuaded that the district court did not abuse its discretion in denying Bickerstaff's motion.

AFFIRMED.